UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Criminal Case No. 11-cr-00362-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

3. RONALD BENJAMIN,

    Defendant.

## ORDER

This matter is before the Court upon a review of the file. To ensure that all pretrial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Friday, May 30, 2014**, and responses to these motions shall be filed by **Tuesday, June 10, 2014**. It is

FURTHER ORDERED that a five-day jury trial is set to commence on **Monday, June 16, 2014, at 9:00 a.m.** in courtroom A-1002. It is

FURTHER ORDERED that a hearing on all pending motions, if any, and final trial preparation conference shall not be set at this time. Counsel shall contact Chambers should a hearing become necessary.

Dated: May 5, 2014

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior United States District Judge