**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WILEY Y. DANIEL**

| | | | |
|---|---|---|---|
| Date: | April 16, 2015 | Probation: | Robert Ford |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | N/A |
| E.C.R./Reporter: | Mary George | | |

Criminal Case No:  **11-cr-00362-WYD**          Counsel:

UNITED STATES OF AMERICA,                        Tim R. Neff

       Plaintiff,

v.

**3.  RONALD BENJAMIN**,                          Peter R. Bornstein

       Defendant.

## SENTENCING

**3:06 p.m.**      Court in Session - Defendant present (on-bond)

> **Change of Plea Hearing - Thursday, January 22, 2015, at : ap.m.
> Plea of Guilty - Count Two of Indictment.**

       APPEARANCES OF COUNSEL.

       Court's opening remarks.

3:07 p.m.      Statement and argument on behalf of Defendant (Mr. Bornstein).

3:25 p.m.      Statement on behalf of Probation (Mr. Ford).

3:29 p.m.      Statement and argument on behalf of Defendant (Mr. Bornstein).

3:33 p.m.      Statement and argument on behalf of Government (Mr. Neff).

| | |
|---|---|
| 3:34 p.m. | Statement and argument on behalf of Defendant (Mr. Bornstein). |
| 3:37 p.m. | Statement and argument on behalf of Government (Mr. Neff). |
| 3:46 p.m. | Statement by Defendant on his own behalf (Mr. Benjamin). |
| | Court makes findings. |
| **ORDERED:** | Government's Motion Pursuant to U.S.S.G. § 3E1.1 to Award Defendant a Three-Point Reduction in Offense Level for Acceptance of Responsibility [ECF Doc. No. 430], filed April 1, 2015, is **GRANTED.** |
| | Order is **APPROVED BY THE COURT.** |
| **ORDERED:** | Defendant's Sentencing Statement and Motion for Non-Guideline Sentence [ECF Doc. No. 432], filed April 2, 2015, is **GRANTED.** |
| **ORDERED:** | Defendant be **imprisoned** for **14** months. |

**Court RECOMMENDS that the Bureau of Prisons place the defendant at the least restrictive institution in Southern California so that he can be in close proximity to family and friends.**

**ORDERED:**   Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **3** years.

**ORDERED:**   **Conditions** of **Supervised Release** are:

(X)   Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.

(X)   Defendant shall not commit another federal, state or local crime.

(X)   Defendant shall not possess a firearm as defined in 18 U.S.C. § 921.

(X)   Defendant shall comply with standard conditions adopted by the Court.

(X)   Defendant shall not unlawfully possess a controlled substance.

(X)   If the judgment in this case imposes a fine or restitution obligation, it shall be a condition of supervised release that the Defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the schedule of payments set forth in the judgment.

    (X)        The Court waives the mandatory drug testing provision of 18 U.S.C. § 3583(d), because the presentence report indicates a low risk of future substance abuse by the defendant.

    (X)        The defendant shall cooperate in the collection of D.N.A. as directed by the probation officer.

**ORDERED:** **Special Condition(s)** of **Supervised Release** are:

1. The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer, unless the defendant is in compliance with the periodic payment obligations imposed pursuant to the Court's judgment and sentence.

2. As directed by the probation officer, the defendant shall apply any monies, received from income tax refunds, lottery winnings, inheritances, judgments, and any anticipated or unexpected financial gains to the outstanding court ordered financial obligation in this case.

**ORDERED:** Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment) to be paid immediately.

**ORDERED:** **No fine** is imposed because defendant has no ability to pay a fine, cost of incarceration or supervision.

**ORDERED:** The defendant shall make restitution to the victims and in the amounts indicated in the presentence report. Each victim shall receive an approximately proportional payment based on the victim's share of the total loss.

*__The Court has determined that the defendant does not have the ability to pay interest, and it is ordered that the interest requirement is waived for the restitution.__* It is ordered that payment of the monetary obligations shall be due as follows:

The special assessment and restitution obligation are due immediately. Any unpaid restitution balance upon release from incarceration shall be paid in monthly installment payments during the term of supervised release. The monthly installment payment will be calculated as at least 10 percent of the defendant's gross monthly income.

**ORDERED:** Defendant may surrender voluntarily as follows: **Report to the designated institution within fifteen (15) days of designation by the Bureau of Prisons.**

**ORDERED:**   Defendant advised of right to appeal the sentence imposed by the Court.  Any notice of appeal must be filed within fourteen (14) days.  Defendant advised of right to appeal in forma pauperis.

**ORDERED:**   Government's Motion to Dismiss Remaining Counts of the Indictment as to Defendant Ronald Benjamin [ECF Doc. No. 431], filed April 1, 2015, is **GRANTED.**

Order is **APPROVED BY THE COURT.**

The court finds that defendant **is not** likely to flee or be a danger to self or others and it is **ORDERED**:  **BOND CONTINUED.**

**4:10 p.m.**   Court in Recess - HEARING CONCLUDED.

**TOTAL TIME:  1:04**